# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MANGEL STORES CORP.; SUSIE'S DEALS; RAINBOW SHOPS, INC.; CITI TRENDS, INC.; DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-06152-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SANCTIONS** |

On October 28, 2013, the Clerk entered default against Defendant Susie's Deals. (ECF No. 13.) The next day, the Court ordered Plaintiff Unicolors, Inc. to show cause by November 4, 2013, why it had not moved for default judgment against Susie's Deals. (ECF No. 14.) The Court indicated that it would discharge the Order upon filing of a default-judgment motion. (*Id.*) To date, the Court has not received a motion or other response from Unicolors.

The Court therefore **ORDERS** Unicolors, Inc. to **SHOW CAUSE** by **Thursday, November 7, 2013**, why it should not be sanctioned for failing to comply with the Court's Order to Show Cause. No hearing will be held. Failure to timely

///

///

///

respond will result in automatic dismissal of all claims against Susie's Deals and may result in additional sanctions within this Court's discretion under Local Rule 83-7.

**IT IS SO ORDERED.**

November 5, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**