# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>               Plaintiff,<br>    v.<br>MANGEL STORES CORP.; SUSIE'S DEALS; RAINBOW SHOPS, INC.; CITI TRENDS, INC.; DOES 1–10, inclusive,<br><br>               Defendants. | Case No. 2:13-cv-06152-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SERVICE ON DEFENDANT MANGEL STORES CORP.** |

On August 21, 2013, Plaintiff Unicolors, Inc. filed a Complaint against Defendants. (ECF No. 1.) The Clerk of Court issued a Summons the same day. (ECF No. 2.)

Federal Rule of Civil Procedure 4(m) provides that the court "must" dismiss an action if a defendant has not been served within 120 days after the plaintiff files its complaint, unless the plaintiff can show good cause for the delay. Unicolors therefore had to serve Mangel Stores Corp. by December 19, 2013—120 days after August 21, 2013. To date, Unicolors has filed no proof of service upon Mangel Stores Corp.

The Court therefore **ORDERS** Plaintiff **TO SHOW CAUSE** by **Friday, December 27, 2013**, why the Court should not dismiss Unicolors's claims against Mangel Stores Corp. for lack of prosecution. No hearing will be held. The Court will

discharge this Order upon filing of a valid proof of service upon Mangel Stores Corp. or a written statement demonstrating good cause for the delay.  Failure to timely respond will result in dismissal Mangel Stores Corp. from this action.

**IT IS SO ORDERED.**

December 20, 2013

_____
                **OTIS D. WRIGHT, II**
         **UNITED STATES DISTRICT JUDGE**