**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNICOLORS, INC., <br><br>              Plaintiff, <br><br>     v. <br><br> MANGEL STORES CORP.; SUSIE'S DEALS; RAINBOW SHOPS, INC.; CITI TRENDS, INC.; DOES 1–10, inclusive, <br><br>              Defendants. | Case No. 2:13-cv-06152-ODW(FFMx) <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE RE. SERVICE ON DEFENDANT MANGEL STORES CORP.** |

On August 21, 2013, Plaintiff Unicolors, Inc. filed a Complaint against Defendants. (ECF No. 1.) The Clerk of Court issued a Summons the same day. (ECF No. 2.) On December 20, 2013, the Court ordered Unicolors to show cause why it had not served Defendant Mangel Stores Corp. by December 19, 2013—the 120th day after Unicolors filed its Complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

On December 24, 2013, Unicolors responded to the Order, indicating that it only recently located a New Jersey address for Mangel Stores Corp. (ECF No. 29.) Plaintiff requests a two-week extension of time to serve Mangel Stores.

The Court therefore **ORDERS** Plaintiff **TO SHOW CAUSE** by **Monday, January 6, 2014**, why the Court should not dismiss Unicolors's claims against Mangel Stores Corp. for lack of prosecution. No hearing will be held. The Court will discharge this Order upon filing of a valid proof of service upon Mangel Stores Corp. or a written statement demonstrating good cause for the delay. Failure to timely respond will result in dismissal Mangel Stores Corp. from this action.

**IT IS SO ORDERED.**

December 30, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**